```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.G.C.,

                Plaintiff-Petitioner,

-against-

THOMAS DECKER, in his official capacity as Director, New York Field Office, Immigration & Customs Enforcement; ALEJANDRO MAYORKAS, in his official capacity as Secretary U.S. Department of Homeland Security; and MERRICK GARLAND, in his official capacity as Attorney General, U.S. Department of Justice,

                Defendants-Respondents.

21-cv-5007-MKV

ORDER TO ANSWER,
28 U.S.C. § 2241

MARY KAY VYSKOCIL, United States District Judge:

    The Court, having examined the Petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, HEREBY ORDERS that:

    Within sixty days of the date of this Order, Respondents shall file and serve an answer, motion, or other response to the Petition.

    Petitioner may file and serve any reply papers, if any, within thirty days from the date Petitioner is served with Respondents' answer.

    Petitioner shall serve a copy of this Order on the U.S. Attorney's Office for the Southern District of New York on or before June 17, 2021, and file of proof of service on or before June 24, 2021.

SO ORDERED.

Dated: June 10, 2021
       New York, New York

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge